(131 So. 450)

### George E. STONE, Treasurer, etc. v. STATE ex rel. P. B. LAURENDINE.

#### 1 Div. 629.

Supreme Court of Alabama.

Dec. 18, 1930.

Gordon, Edington & Leigh, of Mobile, for petitioner.

Inge, Stallworth & Inge, of Mobile, opposed.

BOULDIN, J.

Petition of George E. Stone, as Treasurer of Mobile County, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Stone, Treas., v. State ex rel. Laurendine (1 Div. 965) 131 So. 449.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.